IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUN BELLE, INC., | ) | 4:05CV3048 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FARMERS PREMIUM PRODUCE, LLC; RANDY V. CRUISE; RONALD R. CRUISE; and DEBRA K. CRUISE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 25) is granted, as follows:

Plaintiff shall have until October 24, 2005, to comply with paragraph 2 of the court's order entered on August 24, 2005 (filing 24).

September 23, 2005.                    BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge